# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Renna Clara Jasper                                    Case No. 23-50320-KMS
         Dennis Lee Jasper, Debtors                            CHAPTER 13

## AMENDED CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the AMENDED Motion TO Restrict Public Access (Dk #23) was forwarded on May 15, 2023, to:

By First Class U.S. Mail, Postage Prepaid:

Republic Finance, LLC
282 Tower Rd.
Ponchatoula, LA 70454

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee
U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.