**Fill in this information to identify the case:**

Debtor 1: Renna Clara Jasper

Debtor 2: Dennis Lee Jasper
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 23-50320-KMS

Official Form 410S2                    ***AMENDED***

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Community Bank of Mississippi

Court claim no. (if known): 3

Last 4 digits of any number you use to identify the debtor's account: 5 2 2 0

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☑ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 5/20/2025 | (3) | $ 150.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | See Item 12 & 13 Below | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify: Hub International-Homeowners Ins | Effective 08/21/2024 - 08/21/2025 | (12) | $ 833.49 |
| 13. Other. Specify: Non Escrowed 312 Masonite Lake | owed by Annie Jo Page pledged | (13) | $ _____ |
| 14. Other. Specify:_____ | TOTAL | (14) | $ 983.49 *** |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

Debtor 1 __Renna Clara Jasper_____  Case number (if known) __23-50320-KMS_____
        First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ __/s/ Jeff Rawlings_____   Date __5/20/2025__
   Signature

Print: __Jeff Rawlings_____   Title __Attorney for Creditor__
      First Name   Middle Name   Last Name

Company __Rawlings & MacInnis, P.A._____

Address __PO Box 1789_____
      Number    Street
__Madison_____  __MS__  __39130__
City            State    ZIP Code

Contact phone __601-898-1180_____   Email __jeff@rawlingsmacinnis__

Print | Save As... | Add Attachment | Reset

# EVIDENCE OF HAZARD INSURANCE

THIS INSURANCE IS NON-TRANSFERABLE;
LIABILITY INCLUDED WHERE INDICATED

ISSUE DATE: 08/28/2024

**ITEM 1:** Mortgagor Name and Mailing Address

RENNA CLARA JASPER
DENNIS LEE JASPER
# 8 OLE MISS DR
LAUREL, MS 39440-1252

Insured Mortgagee Name and Address

Community Bank of Mississippi
PO Box 3848
Coppell, TX 75019

**ITEM 2:** Coverage Period

| Effective Date | | | Expiration Date | | | Term In Months |
|---|---|---|---|---|---|---|
| MO | DAY | YR | MO | DAY | YR | |
| 08 | 21 | 24 | 08 | 21 | 25 | 12 |

Certificate Number: HHL 0009037917

Mortgagee's Policy Number: HAZHFSA2023272R

REO: NO

Loan Number: 5220

**ITEM 3:**

| COVERAGE TYPE | OCCUPANCY | LIMIT OF COVERAGE | PREMIUM |
|---|---|---|---|
| **RESIDENTIAL** (Dwelling) | O | $76,945.07 | $777.15 |
| **COMMERCIAL** | | | |
| **MOBILE HOME / MANUFACTURED HOME** | | | |
| **VACANT LAND LIABILITY** | | | |
| **CONTENTS & EQUIPMENT** | | | |
| | | TAX | 56.34 |
| | | ADD'L LIABILITY | N/A |
| | | POLICY FEE | 0.00 |
| | | TOTAL AMOUNT | $ 833.49 |

**ITEM 4:** Property Description / Address
312 MASONITE DR
LAUREL, MS 39440

**This is not a Homeowner's Policy.** Your Lending Institution (hereinafter called "the Named Insured") has procured insurance under the above referenced Master Policy. This Master Policy has been issued by Certain Underwriters at Lloyd's (hereinafter called "the Carrier") in respect of coverage and limits as required by the Named Insured (hereinafter called "Required Perils") as agreed and fully detailed within the terms and conditions of your Loan Agreement.

This document is issued to notify you that the Named Insured has included your property under the above-mentioned Master Policy for Required Perils. The insurance provided is in accordance with the terms, limitations, conditions and exclusions contained in the Master Policy and any attachments thereto, held on file at the offices of the Named Insured. The Original Master Policy may be inspected at the offices of the Names Insured, situated at the above address.

In the event of a claim or any circumstances giving rise to the possibility of a claim the Named Insured must IMMEDIATELY notify the person(s) named within the Master Policy.

THIS DOCUMENT IS ISSUED AS EVIDENCE OF INSURANCE ONLY;
IT DOES NOT CONSTITUTE A LEGAL CONTRACT OF INSURANCE.

HFSA 0815 (1)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: RENNA CLARA JASPER
DENNIS LEE JASPER                                    NO. 23-50320-KMS

### CERTIFICATE OF SERVICE

I, Jeff Rawlings, do hereby certify that I served a true and correct copy of the **Notice of Post Petition Mortgage Fees, Expenses, and Charges** by U.S. Mail, postage prepaid to Renna Clara Jasper and Dennis Lee Jasper, 8 Ole Miss Dr, Laurel, MS 39440 and via the ECF notification service to Thomas Carl Rollins, Jr., David Rawlings and the U.S. Trustee.

DATED: May 20, 2025

/s/ Jeff D. Rawlings
Jeff D. Rawlings

Jeff D. Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642

# Rawlings & MacInnis, P.A.

Post Office Box 1789
Madison, Mississippi 39130-1789
601-898-1180
Federal ID No. 64-0815065

May 20, 2025

COMMUNITY BANK
BELINDA.MILLER@COMMUNITYBANK.NET
,

CASE NO. 23-50320

# INVOICE

Matter ID: 37554
JASPER, RENNA CLARA AND DENNIS LEE

Client ID: COMB-C

Invoice #: 107907

**For Professional Services Rendered:**

| Date | Staff | Description |
|---|---|---|
| 05/20/2025 | JDR | Preparation and filing of notice of postpetition mortgage fees, expenses and charges |

**INVOICE SUMMARY**

| | |
|---|---:|
| For Professional Services: | $150.00 |
| Total Due: | $150.00 |

Page 1