UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: RENNA CLARA JASPER
DENNIS LEE JASPER
DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 23-50320 KMS

## MOTION TO ALLOW AMENDED SUPPLEMENTAL CLAIM -DK#69

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Supplemental Claim:

COMMUNITY BANK OF MISSISSIPPI
PO BOX 265
LAUREL, MS 39441

Court Claim No. 3

Date of Notice of Post-Petition Mortgage Fees/Expenses: May 21, 2025 Amended dk#69

Amount of Post-Petition Mortgage Fees/Expenses: $983.49

Classification: Secured

Trustee has reviewed the above Supplemental Claim and recommends that it would be in the best interests of the Debtor to allow said Claim, as a Special Claim, and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan, which should be modified in accord herewith, and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

/s/ David Rawlings
David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011

## CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that on May 21, 2025, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

RENNA CLARA JASPER
DENNIS LEE JASPER
8 Ole Miss Dr
Laurel, MS  39440

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS  39236

COMMUNITY BANK
PO BOX 265
LAUREL, MS  39441

/s/ David Rawlings
DAVID RAWLINGS, TRUSTEE