IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Renna Clara Jasper                                         Case No. 23-50320-KMS
         Dennis Lee Jasper, Debtors                                          CHAPTER 13

## MOTION TO APPROVE WITHDRAWAL OF FUNDS *NUNC PRO TUNC*

COMES NOW, the above-named Debtors, and request that this court enter an Order approving withdrawal of funds *nunc pro tunc*.

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Co-Debtor, Dennis Lee Jasper, retired from his employment at Howard Industries due to declining health. Following his retirement, the Co-Debtor withdrew the entire balance of his retirement account, resulting in a net distribution of $29,866.00 after applicable deductions.

3. Debtors intend to open a separate account specifically for depositing the full distribution amount, which will be used solely for making payments under their bankruptcy plan.

4. Debtors respectfully request that this Honorable Court approve the withdrawal of said retirement funds *nunc pro tunc* and authorizing the Debtors to retain possession and use of the proceeds thereof.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

                                                Respectfully submitted

                                                /s/ Thomas C. Rollins, Jr.
                                                Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Approve Withdrawal of Funds *Nunc Pro Tunc* was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                                          /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)