**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE:   Renna Clara Jasper | Case No. 23-50320-KMS |
| Dennis Lee Jasper, Debtors | CHAPTER 13 |

**ORDER ON MOTION TO ALLOW WITHDRAWAL OF FUNDS *NUNC PRO TUNC***

THIS CAUSE having come on this date on the debtors' Motion to Allow Withdrawal of Funds *Nunc Pro Tunc* (DK #___), the Court, having reviewed and considered the facts herein, and there being no objection from the trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Allow Withdrawal of Funds *Nunc Pro Tunc* is hereby approved. Debtors shall be permitted to retain possession and use of the retirement funds in the amount of $29,866.00, which shall be used solely for making payments under their bankruptcy plan.

## ## END OF ORDER ##

Approved and Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533