# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Renna Clara Jasper                                              Case No. 23-50320-KMS
        Dennis Lee Jasper, Debtors                                      CHAPTER 13

## NOTICE

Debtors have filed papers with the court to approve withdrawal of funds *nunc pro tunc*. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to allow withdrawal of funds, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall approve the Motion.

Date:  July 15, 2025          Signature:  /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          Jennifer Ann Curry Calvillo (MSBN 104367)
                                          The Rollins Law Firm, PLLC
                                          P.O. Box 13767
                                          Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Renna Clara Jasper                                              Case No. 23-50320-KMS
         Dennis Lee Jasper, Debtors                                             CHAPTER 13

### MOTION TO APPROVE WITHDRAWAL OF FUNDS *NUNC PRO TUNC*

COMES NOW, the above-named Debtors, and request that this court enter an Order approving withdrawal of funds *nunc pro tunc*.

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Co-Debtor, Dennis Lee Jasper, retired from his employment at Howard Industries due to declining health. Following his retirement, the Co-Debtor withdrew the entire balance of his retirement account, resulting in a net distribution of $29,866.00 after applicable deductions.

3. Debtors intend to open a separate account specifically for depositing the full distribution amount, which will be used solely for making payments under their bankruptcy plan.

4. Debtors respectfully request that this Honorable Court approve the withdrawal of said retirement funds *nunc pro tunc* and authorizing the Debtors to retain possession and use of the proceeds thereof.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

                                        Respectfully submitted

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

  I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Approve Withdrawal of Funds *Nunc Pro Tunc* was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                /s/ Thomas C. Rollins, Jr.
                Thomas C. Rollins, Jr. (MSBN 103469)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 23-50320-KMS |
|---|---|
| RENNA CLARA JASPER<br>DENNIS LEE JASPER | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/15/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Approve Withdrawal

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/15/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 23-50320-KMS |
|---|---|
| RENNA CLARA JASPER<br>DENNIS LEE JASPER | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 7/15/2025, a copy of the following documents, described below,

Notice and Motion to Approve Withdrawal

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/15/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-50320-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON JUL 14 13-48-14 PST 2025 | COMMUNITY BANK OF MISSISSIPPI<br>P O BOX 265<br>LAUREL MS 39441-0265 | CAPITAL ONE AUTO FINANCE A DIVISION C<br>CAPI<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| ~~EXCLUDE~~<br>~~(D)COMMUNITY BANK OF MISSISSIPPI~~<br>~~P O BOX 265~~<br>~~LAUREL MS 39441 0265~~ | QUANTUM3 GROUP LLC AS AGENT FOR<br>SADINO FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL JR US COURTHOUSE~~<br>~~2012 15TH STREET SUITE 244~~<br>~~GULFPORT MS 39501 2036~~ |
| ALLIED COLLECTION<br>3080 S DURANGO DR<br>STE 200<br>LAS VEGAS NV 89117-9194 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE AUTO<br>ATTN BANKRUPTCY<br>7933 PRESTON RD<br>PLANO TX 75024-2359 |
| CAPITAL ONE AUTO FINANCE<br>A DIVISION OF CAPITAL ONE NA<br>CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | CAPITAL ONE AUTO FINANCE A DIVISION OF<br>CAPI<br>ONE NA CO AIS PORTFOLIO SERVICES LP<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| CBC RECOVERY<br>ATTN BANKRUPTCY<br>PO BOX 1529<br>HATTIESBURG MS 39403-1529 | COMMUNITY BANK<br>ATTN BANKRUPTCY<br>323 EAST THIRD ST<br>FOREST MS 39074-4219 | COMMUNITY BANK OF MISSISSIPPI<br>ATTENTION BELINDA MILLER<br>P O BOX 265<br>LAUREL MS 39441-0265 |
| ~~EXCLUDE~~<br>~~(D)COMMUNITY BANK OF MISSISSIPPI~~<br>~~P O BOX 265~~<br>~~LAUREL MS 39441 0265~~ | CREDIT ONE BANK<br>ATTN BANKRUPTCY<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | FINGERHUT<br>PO BOX 166<br>NEWARK NJ 07101-0166 |
| FIRST HERITAGE CREDIT<br>528 NORTH 15TH AVE<br>LAUREL MS 39440-3842 | GENESIS BANKCARD<br>PO BOX 4499<br>BEAVERTON OR 97076-4499 | GREAT LAKES<br>PO BOX 7860<br>MADISON WI 53707-7860 |
| HATTIESBURG CLINIC<br>PO BOX 3488<br>DEPT 05-105<br>TUPELO MS 38803-3488 | HEIGHTS FINANCE HOLDING CO<br>DBA FIRST HERITAGE OF MISSISSIPPI LLC<br>2<br>HEIGHTS FINANCE DBA FIRST HERITAGE<br>PO BOX 1947<br>GREENVILLE SC 29602-1947 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS 39225-2808 | MARINER FINANCE LLC<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM MD 21236-5904 | MARINER FINANCE LLC<br>ATTN BANKRUPTCY<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM MD 21236-5904 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| (P)MERCHANTS ADJUSTMENT SERVICE INC<br>ATTN ATTN SHERI<br>PO BOX 7511<br>MOBILE AL 36670-0511 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | NELNET<br>PO BOX 82561<br>LINCOLN NE 68501-2561 |
| NETWORK SERVICES INC<br>ATTN BANKRUPTCY<br>PO BOX 1725<br>HATTIESBURG MS 39403-1725 | QUANTUM3 GROUP LLC AS AGENT FOR<br>BLST MARKETING SALES RECEIVABLES LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>GENESIS FS CARD SERVICES INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| EXCLUDE<br>(D)QUANTUM3 GROUP LLC AS AGENT FOR<br>SADINO FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | EXCLUDE<br>(D)(P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 |
| SMITH ROUCHON<br>1456 ELLIS AVE<br>JACKSON MS 39204-2204 | SPRINT<br>PO BOX 660075<br>DALLAS TX 75266-0075 | SPRINT CORP<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| SYNCHRONY<br>ATTN BANKRUPTCY<br>PO BOX 955060<br>ORLANDO FL 32896-5060 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | TOWER LOAN OF MISSISSIPPI LLC<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 |
| US DEPARTMENT OF EDUCATION CO NELNET<br>121 SOUTH 13TH STREET<br>LINCOLN NE 68508-1904 | EXCLUDE<br>UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON MS 39201-5022 | VERIZON WIRELESS<br>ATTN BANKRUPTCY<br>500 TECHNOLOGY DR<br>STE 599<br>WELDON SPRINGS MO 63304-2225 |
| WESLEY HEALTH SYSTEM LLC DBA MERIT HEALTH W<br>CO DAVID L MENDELSON<br>PO BOX 17235<br>MEMPHIS TN 38187-0235 | EXCLUDE<br>(P)DAVID RAWLINGS<br>ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE<br>PO BOX 566<br>HATTIESBURG MS 39403-0566 | DENNIS LEE JASPER<br>8 OLE MISS DR<br>LAUREL MS 39440-1252 |
| DEBTOR<br>RENNA CLARA JASPER<br>8 OLE MISS DR<br>LAUREL MS 39440-1252 | EXCLUDE<br>THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM PLLC<br>PO BOX 13767<br>JACKSON MS 39236-3767 | |