_____



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: August 19, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Renna Clara Jasper                                    Case No. 23-50320-KMS
         Dennis Lee Jasper, Debtors                            CHAPTER 13

**ORDER ON MOTION TO ALLOW WITHDRAWAL OF FUNDS *NUNC PRO TUNC***

THIS CAUSE having come on this date on the debtors' Motion to Allow Withdrawal of Funds *Nunc Pro Tunc* (DK # 75), the Court, having reviewed and considered the facts herein, and there being no objection from the trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Allow Withdrawal of Funds *Nunc Pro Tunc* is hereby approved. Debtors shall be permitted to retain possession and use of the retirement funds in the amount of $29,866.00, which shall be used solely for making payments under their bankruptcy plan.

## END OF ORDER ##

Approved and Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533