## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:** **Renna Clara Jasper**          **Case No. 23-50320-KMS**
         **Dennis Lee Jasper, Debtors**          **CHAPTER 13**

### RESPONSE

COME NOW, Debtors, by and through counsel, and respond to Trustee's Motion to Dismiss (dk #79) as follows:

1. Debtors commenced this case on 03/07/2023 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors are currently taking the necessary steps to convert their case to Chapter 7.

3. Debtors can continue making the plan payments.

WHEREFORE, Debtors pray for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

By:    /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                            <u>/s/ Thomas C. Rollins, Jr.</u>
                            Thomas C. Rollins, Jr.