## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Renna Clara Jasper**                          Case No. 23-50320-KMS
         **Dennis Lee Jasper, Debtors**                          CHAPTER 13

### <u>NOTICE</u>

The above referenced debtors have filed papers with the court to allow payment arrearage.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: November 25, 2025      Signature:   <u>/s/ Thomas C. Rollins, Jr.</u>
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          Jennifer Ann Curry Calvillo (MSBN 104367)
                                          The Rollins Law Firm, PLLC
                                          P.O Box 13767
                                          Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **IN RE:** | **Renna Clara Jasper** | **Case No. 23-50320-KMS** |
| | **Dennis Lee Jasper, Debtors** | **CHAPTER 13** |

## MOTION TO ALLOW PAYMENT ARREARAGE

COME NOW, Debtors, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtors fell behind on the plan payments.

3. Debtors are requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in December 2025.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

       I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on November 25, 2025, to:

By Electronic CM/ECF Notice:

       Chapter 13 Case Trustee

       U.S. Trustee

                    <u>/s/ Thomas C. Rollins, Jr.</u>
                    Thomas C. Rollins, Jr.

1

2

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

3

4  IN RE:                                    CASE NO: 23-50320-KMS

5  RENNA CLARA JASPER                   **DECLARATION OF MAILING**
   DENNIS LEE JASPER                    **CERTIFICATE OF SERVICE**

6                                        Chapter: 13

7

8

9

10  On 12/1/2025, I did cause a copy of the following documents, described below,

    Notice and Motion to Allow Payment Arrearage

11

12

13

14

15

16

17  to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with
    sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and
18  incorporated as if fully set forth herein.

19  I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.
    com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to
20  Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if
    fully set forth herein.

21  Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been
    served electronically with the documents described herein per the ECF/PACER system.

22  DATED: 12/1/2025

23

24                                  /s/ Thomas C. Rollins, Jr.
                                    Thomas C. Rollins, Jr.  103469
25                                  Attorney at Law
                                    The Rollins Law Firm
26                                  702 W. Pine Street
                                    Hattiesburg, MS 39401
27                                  601-500-5533
                                    trollins@therollinsfirm.com

28

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

RENNA CLARA JASPER
DENNIS LEE JASPER

CASE NO: 23-50320-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 12/1/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/1/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING        COMMUNITY BANK OF MISSISSIPPI          CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
NCRS ADDRESS DOWNLOAD                    P O BOX 265                            CO AIS PORTFOLIO SERVICES  LLC
CASE 23-50320-KMS                       LAUREL  MS 39441-0265                   4515 N SANTA FE AVE DEPT APS
SOUTHERN DISTRICT OF MISSISSIPPI                                               OKLAHOMA CITY  OK 73118-7901
MON DEC 1 9-38-57 PST 2025
```

EXCLUDE

(D)COMMUNITY BANK OF MISSISSIPPI
P O BOX 265
LAUREL  MS 39441-0265

```
                                        QUANTUM3 GROUP LLC AS AGENT FOR
                                        SADINO FUNDING LLC
                                        PO BOX 788
                                        KIRKLAND  WA 98083-0788
```

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

```
ALLIED COLLECTION                       CAPITAL ONE                            CAPITAL ONE AUTO
3080 S DURANGO DR                       ATTN BANKRUPTCY                        ATTN BANKRUPTCY
STE 200                                 PO BOX 30285                           7933 PRESTON RD
LAS VEGAS  NV 89117-9194                SALT LAKE CITY  UT 84130-0285          PLANO  TX 75024-2359


CAPITAL ONE AUTO FINANCE                CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI   CAPITAL ONE NA
A DIVISION OF CAPITAL ONE NA            ONE  NA CO AIS PORTFOLIO SERVICES LP    BY AMERICAN INFOSOURCE AS AGENT
CO AIS PORTFOLIO SERVICES  LLC          4515 N SANTA FE AVE DEPT APS           4515 N SANTA FE AVE
4515 N SANTA FE AVE DEPT APS            OKLAHOMA CITY OK 73118-7901            OKLAHOMA CITY  OK 73118-7901
OKLAHOMA CITY  OK 73118-7901


CBC RECOVERY                            COMMUNITY BANK                         COMMUNITY BANK OF MISSISSIPPI
ATTN BANKRUPTCY                         ATTN BANKRUPTCY                        ATTENTION BELINDA MILLER
PO BOX 1529                             323 EAST THIRD ST                      P O BOX 265
HATTIESBURG  MS 39403-1529              FOREST  MS 39074-4219                  LAUREL  MS 39441-0265
```

EXCLUDE

(D)COMMUNITY BANK OF MISSISSIPPI
P O BOX 265
LAUREL  MS 39441-0265

```
                                        CREDIT ONE BANK                        FINGERHUT
                                        ATTN BANKRUPTCY                        PO BOX 166
                                        PO BOX 98873                           NEWARK  NJ 07101-0166
                                        LAS VEGAS  NV 89193-8873


FIRST HERITAGE CREDIT                   GENESIS BANKCARD                       GREAT LAKES
528 NORTH 15TH AVE                      PO BOX 4499                            PO BOX 7860
LAUREL  MS 39440-3842                   BEAVERTON  OR 97076-4499               MADISON  WI 53707-7860


HATTIESBURG CLINIC                      HEIGHTS FINANCE HOLDING CO             LVNV FUNDING  LLC
PO BOX 3488                             DBA FIRST HERITAGE OF MISSISSIPPI  LLC 2   RESURGENT CAPITAL SERVICES
DEPT 05-105                             HEIGHTS FINANCE DBA FIRST HERITAGE     PO BOX 10587
TUPELO  MS 38803-3488                   PO BOX 1947                            GREENVILLE  SC 29603-0587
                                        GREENVILLE  SC 29602-1947


MS DEPT OF REVENUE                      MARINER FINANCE  LLC                   MARINER FINANCE  LLC
BANKRUPTCY SECTION                      8211 TOWN CENTER DRIVE                 ATTN BANKRUPTCY
PO BOX 22808                            NOTTINGHAM  MD 21236-5904              8211 TOWN CENTER DRIVE
JACKSON  MS 39225-2808                                                        NOTTINGHAM  MD 21236-5904
```

(P)MERCHANTS ADJUSTMENT SERVICE  INC
ATTN ATTN SHERI
PO BOX 7511
MOBILE AL 36670-0511

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

NELNET
PO BOX 82561
LINCOLN  NE 68501-2561

NETWORK SERVICES  INC
ATTN BANKRUPTCY
PO BOX 1725
HATTIESBURG  MS 39403-1725

QUANTUM3 GROUP LLC AS AGENT FOR
BLST MARKETING SALES  RECEIVABLES LLC
PO BOX 788
KIRKLAND  WA  98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
GENESIS FS CARD SERVICES INC
PO BOX 788
KIRKLAND  WA  98083-0788

~~EXCLUDE~~

~~(P)QUANTUM3 GROUP LLC AS AGENT FOR~~
~~SADINO FUNDING LLC~~
~~PO BOX 788~~
~~KIRKLAND  WA  98083-0788~~

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

~~EXCLUDE~~

~~(P)(P)REPUBLIC FINANCE LLC~~
~~282 TOWER RD~~
~~PONCHATOULA LA 70454-8318~~

SMITH ROUCHON
1456 ELLIS AVE
JACKSON  MS 39204-2204

SPRINT
PO BOX 660075
DALLAS  TX 75266-0075

SPRINT CORP
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY  OK 73118-7901

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 955060
ORLANDO  FL 32896-5060

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TOWER LOAN OF MISSISSIPPI  LLC
PO BOX 320001
FLOWOOD  MS 39232-0001

~~EXCLUDE~~

US DEPARTMENT OF EDUCATION CO NELNET
121 SOUTH 13TH STREET
LINCOLN  NE 68508-1904

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE C-430~~
~~JACKSON  MS 39201-5022~~

VERIZON WIRELESS
ATTN BANKRUPTCY
500 TECHNOLOGY DR
STE 599
WELDON SPRINGS  MO 63304-2225

~~EXCLUDE~~

WESLEY HEALTH SYSTEM  LLC DBA MERIT HEALTH W
CO DAVID L MENDELSON
PO BOX 17235
MEMPHIS  TN 38187-0235

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

DENNIS LEE JASPER
8 OLE MISS DR
LAUREL  MS 39440-1252

DEBTOR

RENNA CLARA JASPER
8 OLE MISS DR
LAUREL  MS 39440-1252

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767