

SO ORDERED,

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: December 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | |
| RENNA CLARA JASPER | CASE NO. 23-50320 KMS |
| DENNIS LEE JASPER | |
| DEBTORS. | CHAPTER 13 |

## ORDER RESETTING HEARING

This matter came on this date on the Motion to Dismiss Debtor for Non-Payment filed by the Trustee (the "Motion") (Dkt. #79) and the Court having considered the facts herein, finds that the hearing on December 11, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for January 15, 2026, at 10:30 a.m., in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841