United States Bankruptcy Court
Southern District of Mississippi

In re:  
Renna Clara Jasper  
Dennis Lee Jasper  
    Debtors

Case No. 23-50320-KMS  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Dec 08, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Renna Clara Jasper, Dennis Lee Jasper, 8 Ole Miss Dr, Laurel, MS 39440-1252 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jeff D. Rawlings | on behalf of Creditor COMMUNITY BANK OF MISSISSIPPI Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net |
| Stephen E. Gardner | on behalf of Creditor COMMUNITY BANK OF MISSISSIPPI steve.gardner@youngwells.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Dennis Lee Jasper trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6 | User: mssbad | Page 2 of 2
Date Rcvd: Dec 08, 2025 | Form ID: pdf012 | Total Noticed: 1

Thomas Carl Rollins, Jr
   on behalf of Debtor Renna Clara Jasper trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
   USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



SO ORDERED,

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: December 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
   **RENNA CLARA JASPER**                      **CASE NO. 23-50320 KMS**
   **DENNIS LEE JASPER**

      **DEBTORS.**                                                   **CHAPTER 13**

## ORDER RESETTING HEARING

This matter came on this date on the Motion to Dismiss Debtor for Non-Payment filed by the Trustee (the "Motion") (Dkt. #79) and the Court having considered the facts herein, finds that the hearing on December 11, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for January 15, 2026, at 10:30 a.m., in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841