IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: RENNA CLARA JASPER
AND DENNIS LEE JASPER                                NO. 23-50320-KMS

COMMUNITY BANK OF MISSISSIPPI                        MOVANT

VS.

RENNA CLARA JASPER AND
DENNIS LEE JASPER, DEBTORS
AND DAVID RAWLINGS, TRUSTEE                          RESPONDENTS

## MOTION TO ABANDON COLLATERAL AND LIFT STAY

Community Bank of Mississippi ("Bank") brings this motion to abandon collateral pursuant to 11 U.S.C. § 554 and to lift and terminate the automatic stay of 11 U.S.C. § 362 and for cause would show as follows:

1. The Debtor are indebted to the Bank under a Promissory Note, a copy of which is attached as Exhibit "A". As collateral for the indebtedness due, the Debtors pledged to the Bank certain real property and improvements located at 8 Ole Miss Drive, Laurel, Mississippi and 312 Masonite Drive, Laurel, Mississippi as evidenced by the Deeds of Trust attached as Exhibit "B".

2. The Debtors have defaulted on the plan payments due to the Trustee and are over $11,000.00 past due. The Debtors have also defaulted on their obligation for the payment of taxes and insurance.

WHEREFORE, PREMISES CONSIDERED, Community Bank of Mississippi requests that this Court abandon the Bank's collateral pursuant to 11 U.S.C. § 554 and lift and terminate

the automatic stay of 11 U.S.C. § 362 to allow the Bank to foreclose on and liquidate its collateral and grant such other relief as is necessary under the circumstances.

DATED: December 19, 2025

**COMMUNITY BANK OF MISSISSIPPI**

By: /s/ Jeff Rawlings
Its Attorney

**CERTIFICATE OF SERVICE**

I served a copy of the foregoing motion on December 19, 2025 by mail upon Renna and Dennis Jasper, 8 Ole Miss Drive, Laurel, MS 39440 and via the ECF notification service upon TC Rollins, David Rawlings and the Office of the U. S. Trustee.

/s/ Jeff Rawlings
Jeff Rawlings

Jeff Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642

2