IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: RENNA CLARA JASPER
AND DENNIS LEE JASPER                              NO. 23-50320-KMS

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1010(b) and 7007.1(a), Community Bank of Mississippi declares that Community Bancshares of Mississippi, Inc. owns one-hundred percent (100%) of the equity interests of Community Bank of Mississippi.

DATED: December 19, 2024.

                                                COMMUNITY BANK OF MISSISSIPPI

                                                By: /s/ Jeff Rawlings
                                                      Its Attorney

Jeff Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642