IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Renna Clara Jasper                                    Case No. 23-50320-KMS
          Dennis Lee Jasper, Debtors                                     CHAPTER 13

## MOTION TO DISMISS

COME NOW, Debtors, through counsel and respectfully move this Court to enter an Order dismissing this instant case, and in support thereof, would show this Court as follows:

1. On or about 03/07/2023, the above-named Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. The Debtors no longer wish to pursue the instant cause, and further pray that this Court allow the voluntary dismissal.

WHEREFORE, Debtors pray that this Court consider this Motion to be well taken, and further, issue an Order dismissing the matter. Debtors further pray for any additional relief, general or specific, to which they may be entitled.

                          Respectfully Submitted

                          /s/ Thomas C. Rollins, Jr.
                          Thomas C. Rollins, Jr. (MSBN 103469)

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above Motion to Dismiss was uploaded on December 29, 2025 to CM/ECF. The case trustee and U.S. Trustee will receive electronic notice from CM/ECF because they are registered to receive notices in this case.

                          /s/ Thomas C. Rollins, Jr.
                          Thomas C. Rollins, Jr.