United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 23-50320-KMS |
| Renna Clara Jasper | Chapter 13 |
| Dennis Lee Jasper | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Jan 02, 2026 | Form ID: ntcds13v | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

@      Recipients marked '@' were noticed on Jan 05, 2026.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db/jdb | + | Renna Clara Jasper, Dennis Lee Jasper, 8 Ole Miss Dr, Laurel, MS 39440-1252 |
| @5203580 | + | Cbc Recovery, Attn: Bankruptcy, Po Box 1529, Hattiesburg, MS 39403-1529 |
| @5213584 | + | Community Bank of Mississippi, P. O. Box 265, Laurel, MS 39441-0265 |
| @5207212 | + | Community Bank of Mississippi, Attention: Belinda Miller, P. O. Box 265, Laurel, MS 39441-0265 |
| @5203591 | + | Network Services, Inc, Attn: Bankruptcy, Po Box 1725, Hattiesburg, MS 39403-1725 |
| @5204335 | | Wesley Health System, LLC dba Merit Health Wesley, C/O DAVID L. MENDELSON, P.O. BOX 17235, MEMPHIS, TN 38187-0235 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 03 2026 01:09:00 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5203577 | + | Email/Text: banko@acsnv.com | Jan 02 2026 20:07:00 | Allied Collection, 3080 S Durango Dr, Ste 200, Las Vegas, NV 89117-9194 |
| 5203578 | + | EDI: CAPITALONE.COM | Jan 03 2026 01:09:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5203579 | + | EDI: CAPONEAUTO.COM | Jan 03 2026 01:09:00 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5217733 | + | EDI: AISACG.COM | Jan 03 2026 01:09:00 | Capital One Auto Finance,, a division of Capital One N.A., c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5218102 | + | EDI: AISACG.COM | Jan 03 2026 01:09:00 | Capital One Auto Finance, a division of Capital, One, N.A. c/o AIS Portfolio Services LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 5222679 | + | EDI: AIS.COM | Jan 03 2026 01:09:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5203581 | + | Email/Text: lindsay.currie@communitybank.net | Jan 02 2026 20:07:00 | Community Bank, Attn: Bankruptcy, 323 East Third St, Forest, MS 39074-4219 |
| 5203582 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 02 2026 20:17:40 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5203583 | | EDI: BLUESTEM | Jan 03 2026 01:09:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 5203584 | + | Email/Text: bankruptcy@curo.com | Jan 02 2026 20:07:00 | First Heritage Credit, 528 North 15th Ave, Laurel, MS 39440-3842 |
| 5203585 | + | EDI: PHINGENESIS | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 02, 2026 | Form ID: ntcds13v | Total Noticed: 41 |

| Recipient # | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | Jan 03 2026 01:09:00 | Genesis BankCard, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5203586 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 02 2026 20:07:00 | Great Lakes, PO Box 7860, Madison, WI 53707-7860 |
| 5309488 | Email/Text: kristie.pope@hattiesburgclinic.com | Jan 02 2026 20:07:00 | HATTIESBURG CLINIC, P.O. BOX 3488, DEPT. #05-105, TUPELO, MS 38803-3488 |
| 5227536 + | Email/Text: bankruptcy@curo.com | Jan 02 2026 20:07:00 | HEIGHTS FINANCE HOLDING CO, DBA First Heritage of Mississippi, LLC 2, HEIGHTS FINANCE DBA First Heritage, P.O. BOX 1947, GREENVILLE, SC 29602-1947 |
| 5220666 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2026 20:17:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5203588 | Email/Text: sheri@masinc.org | Jan 02 2026 20:07:00 | Merchants Adj Svc, Attn: Bankruptcy, 56 North Florida St, Mobile, AL 36607 |
| 5203589 | EDI: MSDOR | Jan 03 2026 01:09:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5203587 + | Email/Text: bankruptcy@marinerfinance.com | Jan 02 2026 20:07:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5227637 + | Email/Text: bankruptcy@marinerfinance.com | Jan 02 2026 20:07:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5216959 + | Email/Text: bankruptcydpt@mcmcg.com | Jan 02 2026 20:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5203590 + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 02 2026 20:07:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5249072 | EDI: Q3G.COM | Jan 03 2026 01:09:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5229998 | EDI: Q3G.COM | Jan 03 2026 01:09:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5209271 | EDI: Q3G.COM | Jan 03 2026 01:09:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5203592 | Email/Text: bankruptcy@republicfinance.com | Jan 02 2026 20:07:00 | Republic Finance, 1600 Hwy 15 N, Ste 300, Laurel, MS 39440 |
| 5231011 | Email/Text: bankruptcy@republicfinance.com | Jan 02 2026 20:07:00 | Republic Finance, LLC, 282 Tower Rd, Ponchatoula, LA 70454 |
| 5309489 + | Email/Text: Tracey@sra-inc.net | Jan 02 2026 20:07:00 | SMITH ROUCHON, 1456 ELLIS AVE., JACKSON, MS 39204-2204 |
| 5203593 + | EDI: AISTMBL.COM | Jan 03 2026 01:09:00 | Sprint, PO Box 660075, Dallas, TX 75266-0075 |
| 5208585 + | EDI: AIS.COM | Jan 03 2026 01:09:00 | Sprint Corp., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5203594 | EDI: SYNC | Jan 03 2026 01:09:00 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5203595 | Email/Text: bankruptcy@towerloan.com | Jan 02 2026 20:07:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5233070 + | Email/Text: bankruptcy@towerloan.com | Jan 02 2026 20:07:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5210851 + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 02 2026 20:07:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 5203596 + | EDI: VERIZONCOMB.COM | Jan 03 2026 01:09:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jan 02, 2026 | Form ID: ntcds13v | Total Noticed: 41 |
| TOTAL: 35 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | COMMUNITY BANK OF MISSISSIPPI, P. O. Box 265, Laurel, MS 39441-0265 |
| cr | *+ | Community Bank of Mississippi, P. O. Box 265, Laurel, MS 39441-0265 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5213585 | *+ | Community Bank of Mississippi, P. O. Box 265, Laurel, MS 39441-0265 |
| 5210963 | *+ | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jeff D. Rawlings | on behalf of Creditor COMMUNITY BANK OF MISSISSIPPI Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net |
| Jeff D. Rawlings | on behalf of Creditor Community Bank of Mississippi Notices@rawlingsmacinnis.net  Judy@rawlingsmacinnis.net |
| Stephen E. Gardner | on behalf of Creditor COMMUNITY BANK OF MISSISSIPPI steve.gardner@youngwells.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Renna Clara Jasper trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Dennis Lee Jasper trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 8

Form ntcds13v (12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 23−50320−KMS
Chapter: 13

In re:

| | |
|---|---|
| Renna Clara Jasper | Dennis Lee Jasper |
| 8 Ole Miss Dr | 8 Ole Miss Dr |
| Laurel, MS 39440 | Laurel, MS 39440 |

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):

xxx−xx−1508                                                         xxx−xx−2127

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that on December 29, 2025, Renna Clara & Dennis Lee Jasper (the "Debtors") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 91). On January 2, 2026, the court entered an *ex parte* order (Dkt. # 92) granting the Debtors' Motion.

Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtors' Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 1/2/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790