United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 23-50320-KMS
Renna Clara Jasper  Chapter 13
Dennis Lee Jasper
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jan 02, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

@     Recipients marked '@' were noticed on Jan 05, 2026.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| @db/jdb | + Renna Clara Jasper, Dennis Lee Jasper, 8 Ole Miss Dr, Laurel, MS 39440-1252 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jeff D. Rawlings | on behalf of Creditor Community Bank of Mississippi Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net |
| Jeff D. Rawlings | on behalf of Creditor COMMUNITY BANK OF MISSISSIPPI Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net |
| Stephen E. Gardner | on behalf of Creditor COMMUNITY BANK OF MISSISSIPPI steve.gardner@youngwells.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jan 02, 2026 | Form ID: pdf012 | Total Noticed: 1 |

Thomas Carl Rollins, Jr
    on behalf of Debtor Renna Clara Jasper trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Dennis Lee Jasper trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8

_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: January 2, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Renna Clara Jasper                                   Case No. 23-50320-KMS
         Dennis Lee Jasper, Debtors                                    CHAPTER 13

ORDER ON MOTION TO DISMISS

On the Motion to Dismiss (Dk # 91) filed by the Debtors, the Court finds that the relief requested is appropriate under the facts and the law.

IT IS THEREFORE ORDERED that this case is hereby dismissed.

## END OF ORDER ##

Approved and Prepared by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533