UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

In re:  
    RENNA CLARA JASPER  
    DENNIS LEE JASPER  
        Debtor(s)

Case No. 23-50320 KMS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Rawlings, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/07/2023.

2) The plan was confirmed on 06/13/2023.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/07/2025, 12/29/2025.

5) The case was dismissed on 01/02/2026.

6) Number of months from filing or conversion to last payment: 28.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $35,268.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $57,585.36 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $57,585.36

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $5,078.30 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,258.18 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $8,336.48

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLIED COLLECTION SERVICE | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 0.00 | 816.07 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 30,063.00 | 30,919.12 | 30,919.12 | 9,804.24 | 4,519.02 |
| CAPITAL ONE AUTO FINANCE | Secured | 7,663.00 | 8,191.07 | 7,375.00 | 2,338.55 | 1,077.93 |
| CAPITAL ONE BANK BY AMERICAN I | Unsecured | NA | 462.21 | 462.21 | 0.00 | 0.00 |
| CAPITAL ONE BANK BY AMERICAN I | Unsecured | 815.00 | 982.44 | 982.44 | 0.00 | 0.00 |
| CAPITAL ONE BANK BY AMERICAN I | Unsecured | 210.00 | 436.36 | 436.36 | 0.00 | 0.00 |
| COMMUNITY BANK | Secured | NA | 0.00 | 4,154.23 | 1,672.49 | 0.00 |
| COMMUNITY BANK | Secured | NA | 744.77 | 744.77 | 744.77 | 0.00 |
| COMMUNITY BANK | Secured | NA | 983.49 | 983.49 | 245.88 | 0.00 |
| COMMUNITY BANK | Secured | 83,972.00 | 86,922.33 | 0.00 | 28,846.00 | 0.00 |
| COMMUNITY BANK OF MISSISSIPPI | Unsecured | NA | 1,091.52 | 1,091.52 | 0.00 | 0.00 |
| CREDIT BUREAU CENTRAL | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU CENTRAL | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU CENTRAL | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 763.00 | NA | NA | 0.00 | 0.00 |
| Genesis Bc/Celtic Bank | Unsecured | 883.00 | NA | NA | 0.00 | 0.00 |
| Genesis Bc/Celtic Bank | Unsecured | 823.00 | NA | NA | 0.00 | 0.00 |
| Genesis Bc/Celtic Bank | Unsecured | 765.00 | NA | NA | 0.00 | 0.00 |
| Genesis Bc/Celtic Bank | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES | Unsecured | 15,833.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE HOLDING CO | Unsecured | 6,885.00 | 4,084.35 | 4,084.35 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 879.00 | 959.68 | 959.68 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 590.00 | 456.13 | 456.13 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,071.10 | 1,071.10 | 0.00 | 0.00 |
| Mariner Finance, LLC | Unsecured | 2,441.00 | 2,557.97 | 2,557.97 | 0.00 | 0.00 |
| MERCHANTS ADJUSTMENT SERVICE | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | 3,168.00 | 3,168.57 | 3,168.57 | 0.00 | 0.00 |
| MISSISSIPPI DEPARTMENT OF REVEN | Priority | NA | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 24,958.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 23,638.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NELNET | Unsecured | 13,310.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 9,231.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 8,626.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 8,566.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 7,543.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 7,419.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 5,923.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 5,876.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 4,846.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 4,804.00 | NA | NA | 0.00 | 0.00 |
| NETWORK COLLECTIONS SERVICES | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,072.26 | 1,072.26 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 1,122.30 | 1,122.30 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 538.34 | 538.34 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 985.31 | 985.31 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 392.00 | 373.60 | 373.60 | 0.00 | 0.00 |
| QUANTUM3 GROUP, LLC | Unsecured | 1,094.00 | 1,222.11 | 1,222.11 | 0.00 | 0.00 |
| REPUBLIC FINANCE, LLC | Unsecured | 10,052.00 | 10,257.21 | 10,257.21 | 0.00 | 0.00 |
| SPRINT CORP. BY AMERICAN INFOSC | Unsecured | NA | 102.48 | 102.48 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| TOWER LOAN OF MISSISSIPPI LLC | Unsecured | 4,711.00 | 5,582.00 | 5,582.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION C/O | Unsecured | NA | 145,253.67 | 145,253.67 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION C/O | Unsecured | 20,509.00 | 19,000.00 | 19,000.00 | 0.00 | 0.00 |
| VERIZON WIRE BNK ADM | Unsecured | 1,743.00 | NA | NA | 0.00 | 0.00 |
| WESLEY HEALTH SYSTEM, LLC DBA | Unsecured | NA | 1,818.28 | 1,818.28 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $4,154.23 | $30,518.49 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $38,294.12 | $12,142.79 | $5,596.95 |
| All Other Secured | $1,728.26 | $990.65 | $0.00 |
| **TOTAL SECURED:** | **$44,176.61** | **$43,651.93** | **$5,596.95** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$203,413.96** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $8,336.48 |
| Disbursements to Creditors | $49,248.88 |
| **TOTAL DISBURSEMENTS** : | **$57,585.36** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/15/2026                               By: /s/ David Rawlings
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**