_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 15, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  CHAPTER 13 PROCEEDING:
  RENNA CLARA JASPER  23-50320 KMS
  DENNIS LEE JASPER
  8 Ole Miss Dr  SSN:  XXX-XX-2127
  Laurel, MS  39440

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  HOWARD INDUSTRIES
  ATTEN: PAYROLL
  3225 PENDORFF RD
  LAUREL, MS  39440

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net