

# The Rollins Law Firm, PLLC

## INVOICE

Invoice # 8649
Date: 01/16/2026
Due On: 02/15/2026

P.O. Box 13767
Jackson, MS 39236
United States

Renna Clara Jasper and Dennis Lee Jasper

## 04656-Jasper Renna Clara Jasper and Dennis Lee

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 04/04/2024 | Draft fee application and proposed order | 0.30 | $360.00 | $108.00 |
| Service | JC | 04/05/2024 | Reviewed memo from TR with attached Application for Compensation, Proposed Order, and Invoice; prepared all for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/09/2024 | Review: 23-50320-KMS Order on Application for Compensation Document #65 | 0.10 | $360.00 | $36.00 |
| Service | JC | 08/07/2024 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring why they received a postcard requesting a call from Consumer Mortgage; reviewed trustee's site - payments are being made; drafted reply e-mail to debtor informing her to call them and provide her case number. | 0.10 | $155.00 | $15.50 |
| Service | CO | 12/05/2024 | Incoming Call: Phone conference with debtor stating husband has been missing work due to health issues and wants to know if they can use their 401K to pay off their bankruptcy plan in full. Debtor's are on a wage order and to their knowledge are not behind on payments. Drafted email memo to JC and BB. | 0.10 | $100.00 | $10.00 |

Invoice # 8649 - 01/16/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BB | 12/05/2024 | Review and respond to email memo: Reviewed email memo from CO stating the debtors called stating the husband has been out of work and are inquiring after using their 401k to pay off their plan. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/05/2024 | Reviewed Best Case for confirmed plan. Reviewed the chapter 13 plan and discovered the debtor is only paying 1% to unsecured. Drafted email to jc informing her of this and suggested a suspension on payments due to debtors hardship. | 0.30 | $100.00 | $30.00 |
| Service | JC | 12/09/2024 | Call Debtor: Reviewed memos from BB and CO informing debtors are requesting assistance due to husband's health issues and needs to possibly suspend or pay off BK with 401k; called wife; she said husband is okay now and he is going back to work tomorrow; she said she got scared and jumped the gun; no actions need to be taken. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 02/17/2025 | Review: 23-50320-KMS Notice of Mortgage Payment Change Document# 67 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/21/2025 | Review: 23-50320-KMS Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 69 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/21/2025 | Review: 23-50320-KMS Motion to Allow Late, Amended, or Supplemental Claim Document# 70 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/21/2025 | Review: 23-50320-KMS Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 68 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/26/2025 | Review: 23-50320-KMS Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document# 71 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 05/30/2025 | Review: 23-50320-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 73 | 0.10 | $360.00 | $36.00 |
| Service | BB | 06/02/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Wage Order document. Drafted email to debtor providing their | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | wage order and informed them of the procedure and how they can monitor their payments. | | | |
| Service | JC | 06/30/2025 | Incoming Call: 401k - Wait TC Telephone call from wife inquiring how much they have left on their BK; reviewed TT Rawlings' site and informed they have 33 months remaining; she said husband retired and wants to withdraw his 401k; she said he has kidney disease and had to stop working; discussed that the Court does not normally approve 401k withdrawals; also informed her that they are only paying a little over 1% to unsecured debts, and if they pay it off, they would have to pay the unsecured in full; she said they don't want to pay it off, that they want to put it in a special account for the BK payments; informed her that I would talked with the attorney and to tell husband not to withdraw it yet, that we have to get Court approval. She informed that he has already started the process and is supposed to receive the check Wednesday. The portion he will receive is approximately $29,000.00; discussed not spending any of it until we advise, that I will need to speak with the attorney; wife apologized and said she didn't know they couldn't do that; she is going to let me know when she knows the exact amount; drafted memo to TR regarding same. | 0.30 | $155.00 | $46.50 |
| Service | JC | 07/02/2025 | Contact Debtor (Text/Email): Reviewed memo from TR regarding husband's 401k withdrawal; drafted text message to debtors: When y'all receive the funds from Dennis' 401k, please let me know the amount so I can contact the trustee for direction. Additionally, Mr. Rollins informed you need to put the money in a separate bank account and don't put any other money in that account. | 0.10 | $155.00 | $15.50 |
| Service | CO | 07/02/2025 | Incoming Call: Phone conference with debtor providing the amount received from their 401k. Updated the task and drafted memo to JC. | 0.10 | $100.00 | $10.00 |
| Service | SA | 07/03/2025 | Incoming Call: ∆ called and inquired if there was any updated information; I | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | advised there was no update yet and our office would contact her as soon as we have one. Drafted memo to JC to advise of ∆'s call. | | | |
| Service | JC | 07/07/2025 | Reviewed trustee's site to determine case administrator; drafted e-mail to D. Slade inquiring how the 401k withdrawal needs to be handled. | 0.10 | $155.00 | $15.50 |
| Service | JC | 07/09/2025 | Reviewed e-mail from D. Slade regarding 401k withdrawal; drafted Motion to Allow Withdrawal of Funds; drafted e-mail to JAC attaching same. | 0.50 | $155.00 | $77.50 |
| Service | JAC | 07/10/2025 | Review and revise drafted motion/ notice prepared by jc | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/10/2025 | Reviewed memo from JAC regarding Motion to Approve; revised same; drafted reply to JAC attaching revised Motion for her review. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 07/14/2025 | review & approve drafted motion | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/14/2025 | Reviewed memo from JAC Motion to Approve and proposed Order; converted to format to upload to CertificateofService.com. | 0.20 | $0.00 | $0.00 |
| Service | JC | 07/15/2025 | Reviewed Declaration of Mailing from CertificateofService.com; prepared Motion to Approve Withdrawal of Funds and proposed Order for filing with the Court; prepared Notice with Declaration for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | KR | 07/23/2025 | Incoming Call: Telephone conference with debtor requesting an update on the Motion to use the 401k funds; explained that we filed the motion mid July and will take 4-6 weeks for approval | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/19/2025 | Review: 23-50320-KMS Order on Generic Motion Document# 77 | 0.10 | $360.00 | $36.00 |
| Service | BB | 10/07/2025 | Reviewed voicemail from debtor stating they received a letter requesting $4,000 and they did not have it. Reviewed best case and did not see anything in reference to that. Drafted email to debtor requesting they provide a copy of the letter for me to review. | 0.30 | $100.00 | $30.00 |
| Service | BB | 10/15/2025 | Contact Debtor (Text/Email): | 0.30 | $100.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Reviewed voicemail from debtor requesting their file be reviewed to possible lower their payments as they are only getting SSI. Reviewed debtors schedules and plan at the time of filing and confirmed one debtor was working at time of filing and they are not 0% case. Drafted email to debtor inquiring confirmation they are both only receiving SSI and informing them of what is needed to review. | | | |
| Service | BB | 10/20/2025 | Review and organize documents provided by debtor: Reviewed four emails from debtor providing SSI letters and stating they pay all bills without assistance. Reviewed and organized letters. Drafted email to debtor providing list of needs for review. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/10/2025 | Draft Letter | 0.10 | $360.00 | $36.00 |
| Service | JAC | 11/10/2025 | Review: 23-50320-KMS Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 79 | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/10/2025 | Call Debtor: Reviewed trustee's Motion to Dismiss to obtain delinquent amount; reviewed trustee's site for amount of monthly payments and payment history; telephone conference with debtor regarding Motion; discussed reason for delinquency; wife inquired possibility of lowering payments; reviewed plan - only 1% to unsecured debtors; discussed possibly of converting; discussed being behind on secured debts if they convert; reviewed Pacer for past chapter 7 bankruptcy and case notes regarding conversion; reviewed pay and tax documents currently on file; drafted e-mail to debtor explaining conversion process and attaching conversion packet and requesting bank and pay. | 0.80 | $155.00 | $124.00 |
| Service | JC | 11/13/2025 | Review and respond to email memo: Reviewed several e-mail from debtor providing 3 months bank statements for 3 accounts; GIP; 2024 transcript for husband and for wife; and another unidentified document; merged like documents into one document; | 0.50 | $155.00 | $77.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | reviewed another e-mail from debtor informing they want to keep the home and both vehicles; drafted e-mail to to debtor inquiring what the unidentified document is, and requested pay stubs. | | | |
| Service | JC | 11/17/2025 | Reviewed task memo from JAC regarding conversion; drafted e-mail to JAC regarding debtors losing house and cars if they convert. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/17/2025 | Contact Debtor (Text/Email): Reviewed e-mail from JAC informing debtors are likely to lose their home and cars if they convert; drafted e-mail to wife informing that they will most likely lose their home and cars if they convert as Cap One and Community Bank are not likely to work with them. | 0.10 | $155.00 | $15.50 |
| Service | JC | 11/17/2025 | Contact Debtor (Text/Email): Reviewed e-mail from wife informing there is no one else in the household who is employed; drafted reply informing I need pay for her and husband. | 0.10 | $155.00 | $15.50 |
| Service | BB | 11/17/2025 | Drafted motion to dismiss due to non payment letter and emailed to SA for mailing. | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/17/2025 | Incoming Call: Telephone call from wife to discuss conversion and losing house and cars; explained how payments get behind in BK; she inquired about lowering payments but they are only paying 1% to unsecured debts; discussed voluntary dismissal and owing all debts; she said she wants to go ahead and try the conversion and just see how it works out; she said husband had to quit working due to kidney disease and they are both on SSI now; drafted task memo to JAC to analyze for conversion. | 0.30 | $155.00 | $46.50 |
| Service | BB | 11/21/2025 | Contact Debtor (Text/Email): Drafted email to debtor providing a copy of the mailed motion to dismiss letter. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/21/2025 | Analyze for Conversion Ch 7 | 0.30 | $360.00 | $108.00 |
| Service | JC | 11/24/2025 | Contact Debtor (Text/Email): Reviewed task memo from JAC | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | informing information and bank statements needed to continue to analyze for conversion; drafted e-mail to both debtors requesting same. | | | |
| Service | JC | 11/24/2025 | Drafted Response to trustee's Motion to Dismiss; prepared for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JC | 11/24/2025 | Draft Notice, Motion & Order: Drafted Notice, Motion to Allow Payment Arrearage, and proposed Order; drafted e-mail to JAC attaching same for review. | 0.20 | $155.00 | $31.00 |
| Service | JC | 11/24/2025 | Reviewed voicemail from wife requesting a call; called wife; discussed Motion to Dismiss and informed that we filed a Response since they are trying to convert. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/25/2025 | review & approve drafted motion | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/28/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtors explaining large deposit in checking account and one payment of $1,000; reviewed bank statements for other transactions over $400; drafted reply requesting explanations of transactions over $400. | 0.20 | $155.00 | $31.00 |
| Service | JC | 12/01/2025 | Reviewed memo from JAC regarding Notice, Motion to Allow Payment Arrearage, and proposed Order; prepared Notice with Motion for upload to CertificateofService.com. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/02/2025 | Reviewed Declaration of Mailing from CertificateofService.com; prepared Motion to Allow Payment Arrearage and Proposed Order for filing with the Court; prepared Notice with Declaration for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JC | 12/03/2025 | Reviewed Comm Bank statement, Cash App statements, and explanation of deposits and withdrawals over $400; organized documents in case file for review for conversion. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 12/05/2025 | Analyze for Conversion Ch 7 | 0.10 | $360.00 | $36.00 |
| Service | JC | 12/08/2025 | Called BK Court and spoke with Chassity regarding resetting hearing; she provided another number. | 0.10 | $155.00 | $15.50 |

Invoice # 8649 - 01/16/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 12/08/2025 | Called Judge Samson's chambers and left voicemail for Christy regarding resetting hearing. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/08/2025 | Contact Debtor (Text/Email): Reviewed trustee's site for payment amount due; reviewed Order regarding retirement funds; drafted e-mail to both debtors: The Order that was entered when you withdrew the retirement funds states that those funds were to be used solely for making plan payments under your Chapter 13 plan. Because the funds were not used for that purpose, and because your plan payments in the amount of $11,210.97 are now due, we are not able to proceed with converting your case to Chapter 7. The attorney has advised that the best course of action at this point would be to voluntarily dismiss your current Chapter 13 case and then refile a Chapter 7 case. Our firm would not be able to handle the refiling, so you would need to retain another law firm to file the new Chapter 7 case. If you dismiss your chapter 13 bankruptcy, you will be responsible for any debts that were included in the bankruptcy that remain unpaid. You will be behind on those debts, and creditors may resume collection efforts. If you understand these provisions, do you wish to proceed with voluntarily dismissing your case? | 0.20 | $155.00 | $31.00 |
| Service | JAC | 12/09/2025 | Review: 23-50320-KMS Order Setting, Resetting, or Continuing a Hearing Document# 83 | 0.10 | $360.00 | $36.00 |
| Service | JC | 12/09/2025 | Review and respond to email memo: Reviewed e-mail from debtor informing they could not save the retirement funds to pay the plan payment because they were using all they had on it; she inquired about a recommendation for another attorney; drafted reply informing I do not have a recommendation and suggested Internet search; inquired if they wish to dismiss. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/12/2025 | Drafted follow-up e-mail to both debtors inquiring if they wish to dismiss their case. | 0.10 | $155.00 | $15.50 |

Invoice # 8649 - 01/16/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 12/16/2025 | Call Debtor: Called and spoke with wife; she said that she is trying to line up another attorney before they dismiss; she is going to left me know. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 12/19/2025 | Review: 23-50320-KMS Notice to file Corporate Ownership Statement Document# 87 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/19/2025 | Review: 23-50320-KMS Hearing Set - Bankruptcy Document# 86 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 12/19/2025 | Review: 23-50320-KMS Motion for Relief From Stay Document# 85 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 12/19/2025 | Review: 23-50320-KMS Statement of Corporate Ownership Document# 88 | 0.10 | $360.00 | $36.00 |
| Service | JC | 12/29/2025 | Call Debtor: Called and spoke with wife; she said that she is trying to line up another attorney before they dismiss; she said her paper said she had until the 8th; she is going to left me know. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/29/2025 | Incoming Call: Telephone call from wife informing she finally spoke with another attorney who is ready to refile for them; drafted text message to wife inquiring if she understands that if she dismisses the chapter 13 bankruptcy, she will be behind on the debts that were included in that bankruptcy and if she understands that she will be personally responsible for paying any remaining balances on those debts that are not paid off during the course of that bankruptcy. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/29/2025 | Reviewed text message from debtors confirming they understand the consequences and wish to voluntarily dismiss their case; drafted Motion to Dismiss and proposed Order and prepared for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 01/05/2026 | Review: 23-50320-KMS Order on Motion To Dismiss Debtor Document# 92 | 0.10 | $360.00 | $36.00 |
| Service | JC | 01/13/2026 | Reviewed Orders Granting 1st through 4th Applications for Compensation and 1st through 4th invoices; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting Final Application | 0.40 | $155.00 | $62.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | for Compensation, Notice, Affidavit, and proposed Order. (had to stop to file a motion in another case) |  |  |  |
| Service | JAC | 01/16/2026 | Review: 23-50320-KMS Chapter 13 Trustee Final Report and Account (batch) Document# 97 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/16/2026 | Review: 23-50320-KMS Release of Wages Document# 98 | 0.10 | $360.00 | $36.00 |
| Service | JC | 01/16/2026 | Entered information from Orders and Invoices 1st - 4th into Lodestar Analysis spreadsheet and Exhibit B. | 0.30 | $155.00 | $46.50 |
|  |  |  |  | **Services Subtotal** |  | **$2,283.50** |

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 12/01/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $39.06 | $39.06 |
|  |  | **Expenses Subtotal** |  |  | **$39.06** |

|  | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 2.5 | $360.00 | $900.00 |
| Thomas Rollins | | Attorney | 0.4 | $360.00 | $144.00 |
| Shaton Andrews | | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Brooke Brueland | | Non-Attorney | 1.4 | $100.00 | $140.00 |
| Jacki Curry | | Non-Attorney | 6.8 | $155.00 | $1,054.00 |
| Jacki Curry | | Non-Attorney | 0.3 | $0.00 | $0.00 |
| Clara Ortega | | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | | Non-Attorney | 0.1 | $155.00 | $15.50 |
|  |  |  |  | **Subtotal** | **$2,322.56** |
|  |  |  |  | **Total** | **$2,322.56** |

Invoice # 8649 - 01/16/2026

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4590 | 04/29/2023 | $2,204.44 | $0.00 | $2,204.44 |
| 5102 | 08/30/2023 | $1,878.40 | $0.00 | $1,878.40 |
| 5293 | 10/11/2023 | $32.00 | $0.00 | $32.00 |
| 5662 | 12/31/2023 | $594.20 | $0.00 | $594.20 |
| 6198 | 05/04/2024 | $401.26 | $0.00 | $401.26 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8649 | 02/15/2026 | $2,322.56 | $0.00 | $2,322.56 |
| | | | Outstanding Balance | $7,432.86 |
| | | | Total Amount Outstanding | $7,432.86 |