IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Renna Clara Jasper                                    Case No. 23-50320-KMS
         Dennis Lee Jasper, Debtors                                     CHAPTER 13

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---:|---:|---:|:---:|:---:|
| $2,175.00 | $29.44 | $2,204.44 | 20 | 04/25/23 |
| $1,840.00 | $38.40 | $1,878.40 | 49 | 08/25/23 |
| $535.00 | $59.20 | $594.20 | 54 | 12/05/23 |
| $366.00 | $35.26 | $401.26 | 65 | 04/08/24 |
| $2,283.50 | $39.06 | $2,322.56 | n/a | n/a |
| $7,199.50 | $201.36 | $7,400.86 | | |



# The Rollins Law Firm, PLLC

**INVOICE**

Invoice # 4590
Date: 03/30/2023
Due On: 04/29/2023

P.O. Box 13767
Jackson, MS 39236
United States

Renna Clara Jasper and Dennis Lee Jasper
8 Ole Miss Dr
Laurel, MS 39440

## 04656-Jasper Renna Clara Jasper and Dennis Lee

### Ch 13 - Renna and Dennis

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | YM | 12/08/2022 | reviewed and organized gip, bank statements and pay stubs | 0.40 | $100.00 | $40.00 |
| Service | JAC | 12/08/2022 | Review Credit Report | 0.20 | $350.00 | $70.00 |
| Service | YM | 12/26/2022 | drafted email re: missing GIP pages | 0.10 | $100.00 | $10.00 |
| Service | YM | 12/29/2022 | drafted email for missing paystubs | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/03/2023 | Reviews through initial documents submitted by debtors. Missing taxes, december pay & bank, info in packet | 0.50 | $350.00 | $175.00 |
| Service | YM | 01/04/2023 | drafted email for gip information still needed and for nov pay | 0.10 | $100.00 | $10.00 |
| Service | YM | 01/17/2023 | Review and organize documents provided by debtor: Bank and pay docs | 0.20 | $100.00 | $20.00 |
| Service | JAC | 01/20/2023 | Review missing documents submitted by debtors. Still missing 2021 taxes | 0.20 | $350.00 | $70.00 |
| Service | JAC | 01/26/2023 | Reviewed missing tax provided by ∆s - missing H's 2021 taxes | 0.10 | $350.00 | $35.00 |
| Service | YM | 01/27/2023 | Contact Debtor: drafted email for taxes and bank and pay | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/07/2023 | Review updated docs submitted by debtors | 0.10 | $350.00 | $35.00 |
| Service | JAC | 02/08/2023 | Import Debts from Credit report | 0.10 | $350.00 | $35.00 |

Invoice # 4590 - 03/30/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | YM | 02/08/2023 | Contact Debtor: drafted email for Jan docs | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/08/2023 | Prepare petition, schedules, statements, MT, plan pmt | 0.90 | $350.00 | $315.00 |
| Service | JAC | 02/08/2023 | Draft email to debtor with bankruptcy options | 0.10 | $350.00 | $35.00 |
| Service | JAC | 02/08/2023 | prepare matrix for ∆s to review | 0.10 | $350.00 | $35.00 |
| Service | YM | 02/08/2023 | Contact Debtor: sent matrix | 0.10 | $100.00 | $10.00 |
| Service | YM | 02/27/2023 | Contact Debtor: drafted email for Feb Doc | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/06/2023 | Prepare Signing Docs | 0.20 | $350.00 | $70.00 |
| Service | JAC | 03/07/2023 | Meet with clients to review and sign petition, schedules and statements | 0.70 | $350.00 | $245.00 |
| Service | TR | 03/08/2023 | Review: 23-50320-KMS Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $350.00 | $70.00 |
| Service | TR | 03/08/2023 | Review: Proof of Claim 23-50320-KMS Wesley Health System, LLC dba Merit Health Wesley Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | JC | 03/09/2023 | Drafted notice of filing plan, reviewed plan to determine creditors in 3.2/3.4, researched registered agents for notice; drafted memo to Jen to review | 0.30 | $150.00 | $45.00 |
| Service | JC | 03/09/2023 | Reviewed memo from JAC approving Notice of Plan; uploaded to COS | 0.10 | $150.00 | $15.00 |
| Service | JC | 03/10/2023 | Reviewed Notice of Plan received via e-mail from COS and filed | 0.10 | $150.00 | $15.00 |
| Expense | TR | 03/10/2023 | Reimbursable expenses: Mail Plan | 1.00 | $29.44 | $29.44 |
| Service | JC | 03/14/2023 | Reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee including bank statements for 4 accounts, 4 tax returns, pay stubs/statements for each debtor, and copy of driver's license and Social Security card for each debtor; | 0.60 | $150.00 | $90.00 |
| Service | YM | 03/15/2023 | Review email and update tasks: Added DOF BANK | 0.10 | $100.00 | $10.00 |
| Service | JC | 03/16/2023 | Drafted text message to debtor regarding documents needed for trustee | 0.10 | $150.00 | $15.00 |
| Service | JC | 03/16/2023 | Reviewed additional documents from debtor for trustee; merged with current documents; drafted text to debtor informing documents still needed | 0.30 | $150.00 | $45.00 |

Invoice # 4590 - 03/30/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 03/16/2023 | Review: Proof of Claim 23-50320-KMS Community Bank of Mississippi Document # Amended 2 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/16/2023 | Review: Proof of Claim 23-50320-KMS Community Bank of Mississippi Document # 3 | 0.20 | $350.00 | $70.00 |
| Service | TR | 03/16/2023 | Review: 23-50320-KMS Order Upon Employer Directing Deductions from Pay Document #11 | 0.10 | $350.00 | $35.00 |
| Service | JC | 03/17/2023 | Drafted e-mail to debtor informing I still need documents for trustee for meeting of creditors | 0.10 | $150.00 | $15.00 |
| Service | JC | 03/17/2023 | Reviewed additional documents received from debtor via e-mail; merged with existing documents; e-mailed to trustee; organized in case file | 0.30 | $150.00 | $45.00 |
| Service | TR | 03/21/2023 | Drafted email to OC re: treatment of mortgage in plan | 0.20 | $350.00 | $70.00 |
| Service | TR | 03/24/2023 | Review: Proof of Claim 23-50320-KMS Quantum3 Group LLC as agent for Document # 8 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/24/2023 | Review: Proof of Claim 23-50320-KMS Quantum3 Group LLC as agent for Document # 5 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/24/2023 | Review: Proof of Claim 23-50320-KMS Quantum3 Group LLC as agent for Document # 7 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/24/2023 | Review: Proof of Claim 23-50320-KMS Quantum3 Group LLC as agent for Document # 6 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/24/2023 | Review: Proof of Claim 23-50320-KMS Sprint Corp. Document # 4 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/24/2023 | Review: Proof of Claim 23-50320-KMS US Department of Education c/o Nelnet Document # 9 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/27/2023 | Review: Proof of Claim 23-50320-KMS US Department of Education c/o Nelnet Document # 10 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/30/2023 | Review and Revise Itemizations | 0.20 | $350.00 | $70.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Jennifer Curry Calvillo | | Attorney | 3.2 | $350.00 | $1,120.00 |

Invoice # 4590 - 03/30/2023

| | | | | |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 1.8 | $350.00 | $630.00 |
| Jacki Curry | Non-Attorney | 1.9 | $150.00 | $285.00 |
| Yvette Miller | Non-Attorney | 1.4 | $100.00 | $140.00 |
| | | | **Total** | **$2,204.44** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4590 | 04/29/2023 | $2,204.44 | $0.00 | $2,204.44 |
| | | | **Outstanding Balance** | **$2,204.44** |
| | | | **Total Amount Outstanding** | **$2,204.44** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 5102
Date: 07/31/2023
Due On: 08/30/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Renna Clara Jasper and Dennis Lee Jasper
8 Ole Miss Dr
Laurel, MS 39440

## 04656-Jasper Renna Clara Jasper and Dennis Lee

## Ch 13 - Renna and Dennis

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | TR | 03/30/2023 | Draft fee app | 0.30 | $350.00 | $105.00 |
| Expense | KC | 03/30/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $38.40 | $38.40 |
| Service | TR | 03/30/2023 | Review COS and file Fee App w/ court | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/31/2023 | Review: Proof of Claim 23-50320-KMS Community Bank of Mississippi Document # Amended 3 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/05/2023 | prepare for and attend 341 meeting | 0.70 | $350.00 | $245.00 |
| Service | TR | 04/07/2023 | Review: Proof of Claim 23-50320-KMS Midland Credit Management, Inc. Document # 11 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/10/2023 | Review: Proof of Claim 23-50320-KMS Capital One Auto Finance, a division of Capital On Document # 12 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/11/2023 | Review: Proof of Claim 23-50320-KMS Capital One Auto Finance, a division of Capital On Document # 13 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/19/2023 | Review: Proof of Claim 23-50320-KMS Quantum3 Group LLC as agent for Document # 17 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/19/2023 | Review: 23-50320-KMS Trustee's Objection to Confirmation of Plan Document# 19 | 0.10 | $350.00 | $35.00 |

23-50320-KMS Dkt 147-2 Filed 01/23/26 Entered 01/23/26 08:32:00 Page 7 of 15

Invoice # 5102 - 07/31/2023

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 04/19/2023 | Review: Proof of Claim 23-50320-KMS LVNV Funding, LLC Document # 15 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/19/2023 | Review: Proof of Claim 23-50320-KMS LVNV Funding, LLC Document # 14 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/19/2023 | Review: Proof of Claim 23-50320-KMS LVNV Funding, LLC Document # 16 | 0.10 | $350.00 | $35.00 |
| Service | JC | 04/19/2023 | Contact Debtor: Telephone conference with debtor regarding obtaining value of property for trustee's objection; drafted text message sending e-mail address to send proof of value | 0.10 | $150.00 | $15.00 |
| Service | JC | 04/25/2023 | Reviewed e-mail from debtor regarding appraisal of land; drafted reply | 0.10 | $150.00 | $15.00 |
| Service | TR | 04/26/2023 | Review: 23-50320-KMS Order on Application for Compensation Document #20 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/26/2023 | Review: Proof of Claim 23-50320-KMS Capital One N.A. Document # 18 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/26/2023 | Review: Proof of Claim 23-50320-KMS Capital One N.A. Document # 19 | 0.10 | $350.00 | $35.00 |
| Service | TR | 04/26/2023 | Review: Proof of Claim 23-50320-KMS Capital One N.A. Document # 20 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/04/2023 | Review: Proof of Claim 23-50320-KMS FIRST HERITAGE CREDIT Document # 21 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/04/2023 | Review: Proof of Claim 23-50320-KMS Mariner Finance, LLC Document # 22 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/08/2023 | Review claims register and determine if we need to file additional claims | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/08/2023 | Review: Proof of Claim 23-50320-KMS Quantum3 Group LLC as agent for Document # 23 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/12/2023 | Review: Proof of Claim 23-50320-KMS Republic Finance, LLC Document # 24 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/12/2023 | Draft M to Redact POC | 0.30 | $350.00 | $105.00 |
| Service | TR | 05/16/2023 | Review: 23-50320-KMS Order on Motion to Restrict Public Access Document #27 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/17/2023 | Review: Proof of Claim 23-50320-KMS Tower Loan of Mississippi, LLC Document # 25 | 0.10 | $350.00 | $35.00 |
| Service | KR | 05/17/2023 | Contact Debtor: Reviewed email memo from TR re: pictures of property. Telephone | 0.10 | $150.00 | $15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | conference with debtor about taking pictures of the property for the upcoming hearing. | | | |
| Service | KR | 05/17/2023 | Contact Debtor: Telephone conference with debtor about not being able to take the pictures until Sunday of the property due to the dirt roads turning to mud with all the rain. Drafted email memo to TR re: pictures of property | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/17/2023 | Contact Debtor: Reviewed email memo from TR re: pictures of property. Telephone conference with debtor about getting the pictures of the property to me no later than Monday. She stated they can do that. | 0.10 | $150.00 | $15.00 |
| Service | KR | 05/22/2023 | Contact Debtor: Telephone conference with debtor about the pictures of the property that we are requesting; she has them and will email them to me shortly | 0.10 | $150.00 | $15.00 |
| Service | TR | 05/22/2023 | Review: 23-50320-KMS Notice of Requirement to Complete Course in Financial Management (ADI) Document# 31 | 0.10 | $350.00 | $35.00 |
| Service | KR | 05/22/2023 | Reviewed email from debtor with pictures of the land they own. She also wanted to know if they have to attend the hearing. Drafted email memo to TR re: pictures of land/hearing | 0.20 | $150.00 | $30.00 |
| Service | KR | 05/22/2023 | Contact Debtor: Reviewed email memo from TR re: court hearing. Telephone conference with debtor letting her know she does not need to attend the hearing | 0.10 | $150.00 | $15.00 |
| Service | TR | 05/23/2023 | Review: 23-50320-KMS Minute Entry (CHAP) Document# 32 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/23/2023 | Review: 23-50320-KMS Order Setting, Resetting, or Continuing a Hearing Document #33 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/02/2023 | Review: 23-50320-KMS Personal Financial Management Course (Certificate) Document# 36 | 0.10 | $350.00 | $35.00 |
| Service | JC | 06/07/2023 | Reviewed e-mail from Dollar Learning with attached credit counseling certificates and B423 forms for each debtor; reviewed docket; certificates filed but not B423; drafted memo to JAC regarding filing B423 | 0.20 | $150.00 | $30.00 |
| Service | JAC | 06/07/2023 | Review & respond to email from JC re: B423 | 0.10 | $350.00 | $35.00 |

Invoice # 5102 - 07/31/2023

| Service | TR | 06/07/2023 | Review: 23-50320-KMS Order on Objection to Confirmation Document #38 | 0.10 | $350.00 | $35.00 |
|---|---|---|---|---|---|---|
| Service | TR | 06/12/2023 | Review and sign confirmation order via email | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/15/2023 | Review: 23-50320-KMS Order Confirming Chapter 13 Plan Document #40 | 0.10 | $350.00 | $35.00 |
| Service | JC | 06/20/2023 | Telephone call from debtor regarding obtaining student loan; told her we need Court approval; drafted e-mail to debtor requesting information about the course of study and the loan | 0.10 | $150.00 | $15.00 |
| Service | JC | 06/27/2023 | Reviewed two e-mails from debtor submitting information to regarding course of study and student loan; reviewed trustee's site; telephone conference with debtor informing she is delinquent on payments; discussed plan to catch up; drafted e-mail to TR to review all information to obtain student loan | 0.40 | $150.00 | $60.00 |
| Service | JC | 06/29/2023 | Reviewed memo from TR with questions for debtor regarding student loan; drafted e-mail to debtor sending questions for her to answer | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/06/2023 | Drafted follow-up e-mail to debtor sending questions for her to answer for attorney regarding student loans | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/07/2023 | E-mail from debtor informing she is not going back to school, that she will utilize her masters degree | 0.10 | $150.00 | $15.00 |
| Service | JC | 07/24/2023 | Reviewed medical bill from debtor requesting debt be added to bankruptcy; drafted reply inquiring when costs incurred | 0.10 | $150.00 | $15.00 |
| Service | TR | 07/31/2023 | Review and revise itemizations | 0.20 | $350.00 | $70.00 |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 0.1 | $350.00 | $35.00 |
| | Thomas Rollins | Attorney | 4.3 | $350.00 | $1,505.00 |
| | Jacki Curry | Non-Attorney | 1.3 | $150.00 | $195.00 |
| | Kerri Rodabough | Non-Attorney | 0.7 | $150.00 | $105.00 |
| | | | | Total | $1,878.40 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4590 | 04/29/2023 | $2,204.44 | $0.00 | $2,204.44 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5102 | 08/30/2023 | $1,878.40 | $0.00 | $1,878.40 |
| | | | **Outstanding Balance** | **$4,082.84** |
| | | | **Total Amount Outstanding** | **$4,082.84** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.


# INVOICE

Invoice # 5662
Date: 12/01/2023
Due On: 12/31/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Renna Clara Jasper and Dennis Lee Jasper
8 Ole Miss Dr
Laurel, MS 39440

## 04656-Jasper Renna Clara Jasper and Dennis Lee

## Ch 13 - Renna and Dennis

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 07/31/2023 | Draft Fee Application | 0.30 | $350.00 | $105.00 |
| Expense | BI | 07/31/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $59.20 | $59.20 |
| Service | TR | 07/31/2023 | Review COS and file Motion w/ Court | 0.10 | $350.00 | $35.00 |
| Service | JC | 08/18/2023 | Reviewed several bills submitted by debtor to add to her bankruptcy; one creditor had numerous bills to review; reviewed creditor Matrix; drafted memo to JAC adding creditor's name, address, bill amount, and account number for each bill | 0.30 | $150.00 | $45.00 |
| Service | JAC | 08/21/2023 | Review & respond to email from JC re: add debt | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/25/2023 | Review: 23-50320-KMS Order on Application for Compensation Document #49 | 0.10 | $350.00 | $35.00 |
| Service | JAC | 08/28/2023 | Review & respond to email from JC re: adding debt | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/31/2023 | Review: 23-50320-KMS Amended Order Upon Employer Directing Deductions from Pay Document #51 | 0.10 | $350.00 | $35.00 |
| Service | JC | 09/08/2023 | Reviewed memo from JAC regarding adding debt; telephone conference with debtor regarding post-petition portion of debt; drafted memo for GM to collect filing | 0.10 | $150.00 | $15.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | fee to add debt | | | |
| Service | TR | 10/03/2023 | Review: 23-50320-KMS Notice of Mortgage Payment Change Document# doc | 0.10 | $350.00 | $35.00 |
| Service | KAR | 11/14/2023 | Debtor called to return a call to TC, but he was in court; drafted memo to TC to call back with details about what client wanted to discuss | 0.10 | $100.00 | $10.00 |
| Service | TR | 11/15/2023 | Draft email to TT re: Notice of PPF | 0.10 | $350.00 | $35.00 |
| Service | JC | 11/30/2023 | Reviewed memo from GM regarding filing fee; drafted Amended Schedule/Matrix; drafted memo to JAC for her review and approval. | 0.30 | $150.00 | $45.00 |
| Service | JAC | 11/30/2023 | review & approve amended schedule F drafted by JC | 0.10 | $350.00 | $35.00 |
| Service | TR | 12/01/2023 | Review and revise itemizations | 0.10 | $350.00 | $35.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.3 | $350.00 | $105.00 |
| Thomas Rollins | Attorney | 0.9 | $350.00 | $315.00 |
| Jacki Curry | Non-Attorney | 0.7 | $150.00 | $105.00 |
| Kirsten Raimey | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | | | **Total** | **$594.20** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4590 | 04/29/2023 | $2,204.44 | $0.00 | $2,204.44 |
| 5102 | 08/30/2023 | $1,878.40 | $0.00 | $1,878.40 |
| 5293 | 10/11/2023 | $32.00 | $0.00 | $32.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

Invoice # 5662 - 12/01/2023

| 5662 | 12/31/2023 | $594.20 | $0.00 | $594.20 |
|---|---|---|---|---|
| | | | **Outstanding Balance** | **$4,709.04** |
| | | | **Total Amount Outstanding** | **$4,709.04** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 6198
Date: 04/04/2024
Due On: 05/04/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Renna Clara Jasper and Dennis Lee Jasper
8 Ole Miss Dr
Laurel, MS 39440

## 04656-Jasper Renna Clara Jasper and Dennis Lee

## Ch 13 - Renna and Dennis

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 12/01/2023 | Draft 3rd fee application and proposed order | 0.30 | $350.00 | $105.00 |
| Service | JC | 12/01/2023 | Reviewed memo from TR with attached Application for Compensation, Proposed Order, and Invoice; prepared all for filing with the Court. | 0.10 | $150.00 | $15.00 |
| Service | TR | 12/06/2023 | Review: 23-50320-KMS Order on Application for Compensation Document #54 | 0.10 | $350.00 | $35.00 |
| Service | JC | 12/06/2023 | Reviewed Amended Schedule E/F executed by debtor received via e-mail from Clio e-sign; redrafted through Citrix and prepared for filing with the Court; drafted Notice of Amendment to Hattiesburg Clinic and Smith and Rouchon; reviewed Meeting of Creditors and Plan to attach to Notice and prepared for filing with the Court; prepared Notice with attachments and envelope for mailing to creditor. | 0.70 | $150.00 | $105.00 |
| Expense | JC | 12/06/2023 | Postage: Notices of Amendment | 2.00 | $0.63 | $1.26 |
| Expense | JC | 12/06/2023 | Filing Fee - New Debt: Filing Fee - Hattiesburg Clinic | 1.00 | $34.00 | $34.00 |
| Service | TR | 12/08/2023 | Review: 23-50320-KMS Amended Order Upon Employer Directing Deductions from Pay Document #59 | 0.10 | $350.00 | $35.00 |

Page 1 of 2

Invoice # 6198 - 04/04/2024

| Service | TR | 12/13/2023 | Review: 23-50320-KMS Order on Motion to Allow Late Filed/Amended or Supplemental Claim(s) Document #62 | 0.10 | $350.00 | $35.00 |
| Service | TR | 03/04/2024 | Review: 23-50320-KMS Notice of Mortgage Payment Change Document# doc | 0.10 | $360.00 | $36.00 |

| Time Keeper | Position | Quantity | Rate | Total |
| --- | --- | --- | --- | --- |
| Thomas Rollins | Attorney | 0.1 | $360.00 | $36.00 |
| Thomas Rollins | Attorney | 0.6 | $350.00 | $210.00 |
| Jacki Curry | Non-Attorney | 0.8 | $150.00 | $120.00 |
| | | | Total | $401.26 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
| --- | --- | --- | --- | --- |
| 4590 | 04/29/2023 | $2,204.44 | $0.00 | $2,204.44 |
| 5102 | 08/30/2023 | $1,878.40 | $0.00 | $1,878.40 |
| 5293 | 10/11/2023 | $32.00 | $0.00 | $32.00 |
| 5662 | 12/31/2023 | $594.20 | $0.00 | $594.20 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
| --- | --- | --- | --- | --- |
| 6198 | 05/04/2024 | $401.26 | $0.00 | $401.26 |
| | | | Outstanding Balance | $5,110.30 |
| | | | Total Amount Outstanding | $5,110.30 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.