## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  Renna Clara Jasper | Case No. 23-50320-KMS |
| Dennis Lee Jasper, Debtors | CHAPTER 13 |

### ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THOMAS C. ROLLINS, JR.

THIS CAUSE having come on for consideration of the Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr. [DK #_____] (the "Application") filed herein by counsel for the Debtors, the Court hereby orders as follows, to-wit:

IT IS THEREFORE ORDERED that a final award of attorney's fees is granted in the total amount of $5,078.30.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533